IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

In re:                                                                  Case No. 13-71295-FJS
ANGELA BONITA SMITH,                                    Chapter 13

   Debtor.

**ORDER SETTLING TRUSTEE'S OBJECTION
TO CONFIRMATION OF PLAN**

THIS MATTER CAME to be heard upon the Objection to Confirmation of the Plan filed May 6, 2013 (the "Plan"), filed by R. Clinton Stackhouse, Jr., Chapter 13 Trustee (the "Trustee"). Upon the representation of the parties that the matter has been settled; it is hereby

**ORDERED** that the Trustee's Objection to Confirmation of the Plan is **SETTLED.** The Plan shall be confirmed as filed, except that it must pay on account of allowed general unsecured creditors at least $10,276.00, or a lesser amount equal to one-hundred percent (100%) of said claims, whichever is less, to satisfy the requirements of 11 U.S.C. §1325(a)(4). The actual total funding may have to increase in order to do so, if necessary, when allowed claims are determined.

It is **FURTHER ORDERED** that upon entry of this Order, the Clerk shall forward copies to the parties named on the attached copy list.

Entered at Norfolk  _____ day of _____Jun 25 2013_____, 2013.

/s/ Stephen C. St.John
_____
JUDGE

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile

Notice of entry of Order or Judgment ___06/25/2013_____

I ASK FOR THIS:

/s/ R. Clinton Stackhouse, Jr.
_____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee


SEEN AND AGREED:

/s/ Steve C. Taylor
_____
Steve C. Taylor, Esquire
Counsel for Debtor


## LOCAL RULE 9022-1 CERTIFICATE

I hereby certify that in accordance with Local Rule 9022-1, this Order has been endorsed by all parties.


/s/ R. Clinton Stackhouse, Jr.
_____


R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile

Copy List:

Steve C. Taylor, Esquire
133 Mt. Pleasant Road
Chesapeake, VA 23322

Angela Bonita Smith
6124 Brookwood Dr., Unit A
Suffolk, VA 23435

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile